FILED
2013 Aug-14 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

 AL Logo

With
 Newspapers

 Navigation

Search

# Bad Request

Your browser sent a request that this server could not understand.

---

Apache/2.2.3 (CentOS) Server at ads.al.com Port 80

email us

 Alabama's Home on the Net

The Huntsville

## Two-decade old tradition continues at Florence restaurant

**By Ray Garner**
**The Huntsville Times**
**March 17, 1994**

For those individuals who have been in Huntsville for quite some time, some of you may have wondered what happened to the Dale's Steakhouse restaurant.

Although there are occasional reminders of the late, great steakhouse on grocery shelves in the form of a steak sauce, the Birmingham-based chain of steak restaurants have been long gone from our fair city. As a matter of fact, it has been around 20 years since the steak house could be considered a chain. At its height, Dale's had restaurants in Birmingham, Huntsville, Montgomery, Panama City and in the Carolinas.

Today, only one restaurant remains. The single, last holdout is in Florence.

The owners of the Florence restaurant, the Daniel family, found a winning combination of good food and excellent service that has served them well during the past 33 years. The restaurant is located on a commercial strip road between downtown Florence and the Tennessee River. But what is lacking as you drive up to the restaurant is soon forgotten when you enter the front door.

Inside are waiters dressed in red jackets, hurriedly moving around the restaurant to ensure prompt service to a crowded dining room. Entering the restaurant, on your left, you will see the cooks at work preparing the evening meal for a waiting room full of anticipating diners.

The menu is genuine and is designed for those with tastes that are not too complicated. The restaurant's owners offer their own recommendations of beef tenderloin, prime rib, pork chops, beef kabob and beef ribs.

Steaks are also available in cuts of filet mignon, T-bone, ribeye, and New York and Kansas City strips. Prices range from $8.95 for the chopped

sirloin to $22.95 for Dale's one-pound El Dropo tenderloin.

All steaks are prepared in Dale's ``Famous'' steak sauce, unless you note otherwise.

Seafood dishes and combination plates are also available.

At Dale's, one could easily skip the appetizers, soups, salads and homemade bread sticks and dive into the main course of the meal. But to do that would be like leaving an ingredient from a recipe. To really, fully enjoy the experience of dining at Dale's Restaurant, one must allow for the entremets before the main dish.

The waiter began our meal with our drinks and a large basket of homemade bread sticks, which were lightly baked and delicious. A shrimp cocktail followed. The shrimp were firm and chilled and provided delightful eating. Meals at Dale's are served with your choice of tomato or french onion soup. We moved through the salad rather quickly as we eagerly anticipated our main course. There was little time between the courses but we didn't feel rushed at all in this dining experience.

The steaks did not disappoint us. It had been many years since we last dined at Dale's Restaurant, but some things, like Dale's steaks, seem to get better with age.

The meat was as expected. The character of my beef tenderloin was enhanced by Dale's steak sauce and it was grilled to perfection. The steak was tender but it retained enough of its grain to provide a chewing delight.

If there is one warning to be issued here, don't be fooled into thinking this is a family-type restaurant. The cost of the meal was a bit pricey. With the standard gratuity for excellent service, the tab for two dinners totaled $65.

For those of you enjoyed dining at the Dale's Restaurant in Huntsville that was closed so many years ago, I encourage you to drive the 70 or 75 minutes to Florence and reminisce about a dining experience that has long been replaced by restaurants that don't quite seem to take the time or care to produce a really fine steak.

Restaurant Name: Dale's Steakhouse
Address: <u>1001 Mitchell Boulevard</u>
Restaurant Location: Florence
Cuisine Type: American

To Top

Copyright 1997 Alabama Live LLC All rights reserved.