FILED
2013 Aug-14 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit E



facebook

**Dale's Steakhouse**
Timeline ▼ Recent ▼

**Dale's Steakhouse**
July 29

The Side Door Lounge opens at 5pm.

[DE DOO LOUNGE logo]

Like · Comment · Share

👍 Linda Romine, Christa Jackson-Smallwood and Trish Thomas like this.

Write a comment...

**Dale's Steakhouse**
Tuesday

Dale's Filet Mignon. How do you like it cooked?

[photo of filet mignon]

Like · Comment · Share

👍 Patti Turner White, Carla Camp, Edward Wegrzyn Wensell and 16 others like this.

💬 View 4 more comments

**Frank Pylant** Remember when there was a Dale's Steak House in Huntsville?
Tuesday at 6:33pm · Like

**Elizabeth Redding Willingham** Medium rare with a glass of Merlot!!
Tuesday at 7:30pm · Like

E-1



**Dale's Steakhouse**

meal...must be ordered extra! You also have the choice of salad OR the onion soup..not both as it use to be!!

Like · Comment · July 16 at 10:14pm

👍 Brenda Schipull Garrett and Gina Clark like this.

💬 View 2 more comments

**Belinda Terry Mitchell** What about the yummy little bread sticks? Do they still have those? Almost ate there last night!!!
July 19 at 7:11am via mobile · Like

**Dale's Steakhouse** Bread sticks are still here. Took a little tweaking to get the recipe just right, but I think we got it down last night.
July 19 at 7:37am · Like · 👍 2

Write a comment...



**Joe Carrel Daniel**
The Daniels are glad to see that Dale's has returned to be the fine restaurant it was many years ago!

Like · Comment · July 17 at 11:31pm near Florence, AL

**Dale's Steakhouse** Joe, thank you for your kind comment. We are glad to carry on the tradition. Sincerely, Al Thomas
July 18 at 6:17am · Like · 👍 1

Write a comment...



**Becky Fuller**
My DHS class of 69, 17 of us just had a wonderful experience dinning at Dales. Everyone loved their food, we will be back.

Like · Comment · July 17 at 8:44pm via mobile

**Dale's Steakhouse** Becky, thank you for your business. Glad you had a good time, Al Thomas
July 18 at 6:18am · Like · 👍 2

Write a comment...



**Heather Kinser Nelson**
YUMMY!!!!!! Dale's Steakhouse always the best!

Like · Comment · July 16 at 6:27pm

https://www.facebook.com/dalessteakhouseFlorence

Dale's Steakhouse

**Carolyn Durham** Steamed broccoli, or good baked potato....but then, you may have something that changes the same ole, same ole... 😊 I will have to come and see.
June 21 at 9:50am · Like · 👍 1

Write a comment...



**Gerald Murray**
I need to tell you that no one has to ask us to like Dale's ....from Hank William's JR to Doug Stone , Dale's has been a spot that we ate at and loved everything. www.geraldmurraymusic.com and www.dougstone.com



Like · Comment · Share · June 20 at 11:37am

👍 5 people like this.

 Write a comment...



**Phil Lyons**
Al, it was good to meet you last Thur. night and thank you most of all for the tour of "Lady J" looking forward to having you back in the shoals area.

Like · Comment · June 17 at 7:35pm

E-3



E-4

https://www.facebook.com/dalessteakhouseFlorence

Dale's Steakhouse

AuthorizeNet | Dale's Steakhouse | Close

## Recent Posts By Others



**Olivia Pollard Spry**
When are you slated to reopen? Looking forward to the revamp and some great food!
Like · Comment · July 10 at 4:29pm via mobile



**Dale's Steakhouse** We are opening Monday. Call today and make a reservation. What's your favorite item at Dale's?
Friday at 10:37am · Like

**Olivia Pollard Spry** Thanks!! My fav is the 6 ounce filet.
Friday at 1:06pm via mobile · Like

Write a comment...



**LoriAnn Sherrill**
I am so excited to be dining at Dale's Steakhouse on July 15th, and to think I was the first reservation on the books : ) it's going to make turning "50" a little more bearable...
Like · Comment · July 10 at 1:37pm



**Dale's Steakhouse** LoriAnn- Thank you for choosing Dale's Steakhouse for your special occasion. We hope this is the beginning of a new tradition for you and you create many memories in the NEW Dale's. Happy Birthday!
July 10 at 4:25pm · Like



**Joe Carrel Daniel**
Thank you for including us tonight. The Daniels are proud to see it returning to its former glory - it is absolutely beautiful!
Like · Comment · July 8 at 10:51pm near Florence, AL

👍 2 people like this.

**Dale's Steakhouse** Joe- our evening would not have been complete without you and Carrel. Your dad's eyes were sparkling like a kid at Christmas.
July 9 at 9:00am · Like · 👍3

**Ed Tease** Was there for the first opening, but my invitation was delayed for last night's event. Joe I am so glad Carrel was there! I

E-5

# About

## Description
Story of Dale's Steakhouse
GREAT BEEF, NO BULL

Dale's Restaurant has been purchased by Al Thomas and Sam Sanchez from Nashville, Tennessee. The two long time restaurant operators have an extensive background in the restaurant business and currently own Sperry's Restaurant and Sam's Sports Grill. The new restaurant will be called Dales Steakhouse and will not in any way be associated with Dales Restaurant or Dales Seasoning.

After 50 years of serving the Shoals area, Dales was closed for remodeling and re-opened July 2013. A complete face lift was completed, including a new kitchen, exterior make over, upgraded dining room lighting, and the introduction of the Side Door Lounge, where guests can enjoy their favorite libations and friendly conversation in a casual, relaxed atmosphere.

As for the NEW Dales Steakhouse menu, we will pattern our menu after our Sperry's Restaurant menu. We realize that many of you have been long time patrons of Dales, and have come to expect certain things. Our quality standards and attention to detail are uncompromising. We will only serve the best products available prepared fresh daily. Our Beef standards are very high and diners at the NEW Dales Steakhouse can expect top grade properly aged Midwestern beef as well as the freshest seafood available. Once again, we are no longer associated with Dales Seasonings or the former Dales Restaurant.

Thank you for taking the time to visit our site. If you would like to stay connected to Dales, please sign up to be a part of our email contact list. We will keep you posted on our progress as well as our grand opening specials and events plus other future promotions as we celebrate our 50th anniversary here in the Shoals.

Al Thomas
Sam Sanchez

After 50 years of serving the Shoals area, Dales is closed for remodeling. Our Beef standards are very high and diners at the NEW Dales Steakhouse can expect top grade properly aged Midwestern beef as well as the freshest seafood available.

### Services
Takes Reservations
Walk-Ins Welcome
Good For Groups
Take Out
Catering
Waiter Service

### Parking
Parking Lot

### Also On
Foursquare
TripAdvisor

E-6