# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DALE'S RESTAURANTS, INC.,** et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )   Case No. 2:13-cv-01000-JEO |
| **DALES RESTAURANT FLORENCE, LLC, et al.,** | ) ) ) ) |
| **Defendants.** | ) |

## ORDER

It is hereby **ORDERED** that this matter is **SET** for mediation on **Monday, September 30, 2013, at 9:00 a.m.** in the chambers of the undersigned magistrate judge, Hugo L. Black Federal Courthouse, Birmingham, Alabama.

**Counsel for each party will be required to attend along with the party or, if the party is a corporate entity, an appropriate representative, unless otherwise excused by the court**.

Any information the parties would like to submit in confidence prior to the mediation that they believe will assist the court in better understanding the issues must be submitted **by 4:30 p.m. on Wednesday, September 25, 2013.** The material should be marked **"CONFIDENTIAL"** and should be submitted to chambers.

**DONE**, this the 16th day of September, 2013.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE