IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DALE'S RESTAURANTS, INC., a corporation, and DALE'S SAUCES, INC., a corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DALES RESTAURANT - FLORENCE, LLC, a limited liability company, DALES PROPERTIES - FLORENCE, LLC, a limited liability company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. Cv-13-JEO-1000-S |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

COME NOW Plaintiffs and Defendants in the above-referenced action and hereby jointly move the Court for an Order entering the Consent Order attached hereto. In support thereof, the parties state as follows:

The parties have reach an agreement to resolve this case (the "Settlement Agreement"), which provides for the entry by the Court of a Consent Order jointly agreed to by the parties. A copy of the proposed Consent Order is attached hereto as Exhibit "1."

WHEREFORE, premises considered, the parties request the Court to enter the Consent Order attached hereto, which shall result in the dismissal, with prejudice, of Plaintiffs' claims in this lawsuit.

Error! Unknown document property name.

Respectfully Submitted,

_____
Joseph W. Letzer
India E. Vincent
Elizabeth B. Shirley
Ellen T. Mathews

Attorneys for Plaintiffs

**OF COUNSEL:**

BURR & FORMAN, LLP
420 20th Street N
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5400
joseph.letzer@burr.com
india.vincent@burr.com
elizabeth.shirley@burr.com
ellen.mathews@burr.com

_____
Jeff Friedman
Michael J. Douglas

Attorneys for Defendants

**OF COUNSEL:**

FRIEDMAN DAZZIO ZULANAS & BOLWING, P.C.
3800 Corporate Woods Drive
Post Office Box 43219
Birmingham, AL 35242
Tel: (205) 278-7000
Fax: (205) 278-7001

Error! Unknown document property name.        2