FILED
2014 Jan-06 PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "A"

## Paulson, Jennifer

**From:** Michael Douglas <mdouglas@friedman-lawyers.com>
**Sent:** Tuesday, December 31, 2013 1:56 PM
**To:** Vincent, India
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** RE: Status of Payments from Dale's Restaurant Florence

India, I spoke with my client and he assured the payment would be sent in full on Thursday. Let me know if you need anything further.

Thanks,

**MICHAEL J. DOUGLAS**, Shareholder
**FRIEDMAN, DAZZIO, ZULANAS, BOWLING, P.C.**
3800 Corporate Woods Drive
Birmingham, AL 35242
P. 205.278.7016
F. 205.278.7001
www.friedman-lawyers.com

---

**From:** Vincent, India [mailto:ivincent@burr.com]
**Sent:** Tuesday, December 31, 2013 11:32 AM
**To:** Michael Douglas
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** RE: Status of Payments from Dale's Restaurant Florence

Mike,

Dale's Restaurants has still not received any payments from Dale's Restaurant Florence. I wanted to go ahead and let you know that after the New Year holiday, Dale's will be notifying the Court of Dale's Restaurant Florence's failure to comply with the Court Order and pay the royalties when due. If there is any additional information of which we should be aware regarding the status of these payments, please let me know.

Best regards,
India

---

**From:** Michael Douglas [mailto:mdouglas@friedman-lawyers.com]
**Sent:** Friday, December 20, 2013 6:46 PM
**To:** Vincent, India
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** RE: Status of Payments from Dale's Restaurant Florence

Hi India, I spoke with my client and this will be remedied next week.

Thanks,

**MICHAEL J. DOUGLAS**, Shareholder
**FRIEDMAN, DAZZIO, ZULANAS, BOWLING, P.C.**
3800 Corporate Woods Drive
Birmingham, AL 35242

1

P. 205.278.7016
F.205.278.7001
www.friedman-lawyers.com

**From:** Vincent, India [mailto:ivincent@burr.com]
**Sent:** Wednesday, December 18, 2013 11:47 AM
**To:** Michael Douglas
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** Status of Payments from Dale's Restaurant Florence

Mike,

I hope you are doing well. I spoke with Dale's this morning, and they have not yet received a royalty check from Mr. Thomas. Under the agreement, the royalties through November 30th were due on December 15th. Would you let us know when they can expect to receive that payment?

Thanks,
India



India Vincent • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5284 • fax 205-244-5714 • main 205-251-3000

ivincent@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.

# Exhibit "B"

## Paulson, Jennifer

| | |
|---|---|
| **From:** | Michael Douglas <mdouglas@friedman-lawyers.com> |
| **Sent:** | Thursday, January 02, 2014 1:02 PM |
| **To:** | Vincent, India |
| **Cc:** | Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen |
| **Subject:** | RE: Status of Payments from Dale's Restaurant Florence |

Hi India, my client has confirmed that payment has been sent for October-December monthly royalty payments.

Thanks,

**MICHAEL J. DOUGLAS**, Shareholder
**FRIEDMAN, DAZZIO, ZULANAS, BOWLING, P.C.**
3800 Corporate Woods Drive
Birmingham, AL 35242
P. 205.278.7016
F. 205.278.7001
www.friedman-lawyers.com

---

**From:** Vincent, India [mailto:ivincent@burr.com]
**Sent:** Tuesday, December 31, 2013 11:32 AM
**To:** Michael Douglas
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** RE: Status of Payments from Dale's Restaurant Florence

Mike,

Dale's Restaurants has still not received any payments from Dale's Restaurant Florence. I wanted to go ahead and let you know that after the New Year holiday, Dale's will be notifying the Court of Dale's Restaurant Florence's failure to comply with the Court Order and pay the royalties when due. If there is any additional information of which we should be aware regarding the status of these payments, please let me know.

Best regards,
India

---

**From:** Michael Douglas [mailto:mdouglas@friedman-lawyers.com]
**Sent:** Friday, December 20, 2013 6:46 PM
**To:** Vincent, India
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** RE: Status of Payments from Dale's Restaurant Florence

Hi India, I spoke with my client and this will be remedied next week.

Thanks,

**MICHAEL J. DOUGLAS**, Shareholder
**FRIEDMAN, DAZZIO, ZULANAS, BOWLING, P.C.**
3800 Corporate Woods Drive
Birmingham, AL 35242
P. 205.278.7016

1

F.205.278.7001
www.friedman-lawyers.com

---

**From:** Vincent, India [mailto:ivincent@burr.com]
**Sent:** Wednesday, December 18, 2013 11:47 AM
**To:** Michael Douglas
**Cc:** Letzer, Joe; Shirley, Elizabeth; Mathews, Ellen
**Subject:** Status of Payments from Dale's Restaurant Florence

Mike,

I hope you are doing well. I spoke with Dale's this morning, and they have not yet received a royalty check from Mr. Thomas. Under the agreement, the royalties through November 30th were due on December 15th. Would you let us know when they can expect to receive that payment?

Thanks,
India



India Vincent • *Partner*

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5284 • fax 205-244-5714 • main 205-251-3000

ivincent@burr.com • www.burr.com



ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

---

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.