# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DALE'S RESTAURANTS, INC., et al.,**   ) ) ) | |
| **Plaintiffs,**   ) ) | |
| v.   ) ) | Case No. Cv-13-JEO-1000-S |
| **DALES RESTAURANT - FLORENCE, LLC, et al.,**   ) ) ) | |
| **Defendants.** | |

## NOTICE OF WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE

COME NOW Plaintiffs to the above-styled cause of action and give notice that they hereby withdraw the Motion for Order to Show Cause filed on January 6, 2014.

Plaintiffs' Motion was based upon Defendants' failure to remit the royalty payments which were due under the parties' agreements for the months of October and November. Subsequent to filing the Motion, Plaintiffs received said royalty payments.[1] Therefore, Plaintiffs withdraw their request for a show cause order at this time. However, as of Friday, January 17, 2014, Plaintiffs have not yet received

---

[1] Based on the information currently available to Plaintiffs, the amount paid by Defendants for the October-November royalties appears to be accurate (with the exception of a difference of 1 cent). By withdrawing their Motion, however, Plaintiffs are not conceding the accuracy of the amount of Defendants' recent royalty payment and reserve all rights afforded to them under the License Agreement, including but not limited to the right to audit Defendants' operations to ensure the accuracy of the amounts due under the agreement.

20336283 v1

the royalty payment that was due on or before January 15, 2014 (for the month of December). As such, Plaintiffs reserve the right to seek civil contempt damages and/or attorneys' fees (and any other relief available to them) if Defendants' continued non-payment or late payment necessitates the filing of an additional motion related to the royalty payments.

                Respectfully Submitted,

                *s/ Joseph W. Letzer*
                Joseph W. Letzer
                India E. Vincent
                Elizabeth B. Shirley
                Ellen T. Mathews

                Attorneys for Plaintiffs

**OF COUNSEL:**

BURR & FORMAN, LLP
420 20th Street N
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5400
joseph.letzer@burr.com
india.vincent@burr.com
elizabeth.shirley@burr.com
ellen.mathews@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2013, I served the foregoing document on the following persons via CM/ECF and/or email:

Jeff Friedman
Michael J. Douglas
FRIEDMAN DAZZIO ZULANAS & BOLWING, P.C.
3800 Corporate Woods Drive
Post Office Box 43219
Birmingham, AL 35242
Tel: (205) 278-7000
Fax: (205) 278-7001


                                                *s/ Joseph W. Letzer*
                                                Joseph W. Letzer